O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**AMENDED – CIVIL MINUTES - GENERAL**

| Case No. | CV11-01747-AHM (JCx) | Date | August 21, 2012 |
|---|---|---|---|
| Title | ASADOOR MIRZAEYAN v. AARON ZIEGLER, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Victoria Valine | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy P. Mitchell | Miah Yun |

**Proceedings:**     **(1)** Motion Hearing (non-evidentiary); and
                     **(2)** Status Conference re: Trial Setting

Court circulates tentative order without oral argument.  For reasons stated on the record, the Court denies Plaintiff's Motion *in Limine* Number 1 (Direct Expert Testimony).[1]  Order to issue.

Status conference is held.  Court and counsel confer about the current procedural posture of the case.  Defendant must disclose to the defendants by Friday, August 24, 2012 which theory he intends to pursue his excessive force claim under.

Court and counsel also confer about trial procedures and deadlines.  Each side will be limited to 6 hours of direct questioning with an additional 15 minutes for opening statements.  The Court sets a three-day jury trial date of Wednesday, September 5, 2012 at 8:00 a.m.  The deadline to submit proposed voir dire questions is Thursday, August 23, 2012 and the proposed jury instructions must be filed by Monday, August 27, 2012.

Plaintiff is ordered to file a status report regarding settlement efforts by the end of day.

|  | : | 45 |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket Entry 30