MICHAEL J. GARCIA, CITY ATTORNEY
MIAH YUN, ASSISTANT CITY ATTORNEY
613 E. Broadway, Suite 220
Glendale, CA  91206
Telephone:  (818) 548-2080
Facsimile:  (818) 547-3402
State Bar No.  218808
myun@ci.glendale.ca.us

Attorneys for Defendants
CITY OF GLENDALE, AARON ZEIGLER
AND FRANCISCO MARTINEZ

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASADOOR MIRZAEYAN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AARON ZEIGLER, an individual; FRANCISCO MARTINEZ, an individual; CITY OF GLENDALE POLICE DEPARTMENT, and DOES 1 through 25, inclusive ,<br><br>　　　　　　　Defendant. | Case No.:  CV11-01747-AHM (JCx)<br><br>**JUDGMENT ON VERDICT** |

   This action having been tried before the Court sitting with a jury, the Honorable A. Howard Matz, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

///

///

///

///

1        IT IS ORDERED AND ADJUDGED that plaintiff Asadoor Mirzaeyan take
2   nothing; that the action be dismissed on the merits and that defendants, City of Glendale,
3   Francisco Martinez and Aaron Zeigler recover from the plaintiff the costs of action, taxed
4   in the sum of _____.

7   DATED:   September 20, 2012

                                        HON. A. HOWARD MATZ
                                        United States District Judge

    JS-6