MICHAEL J. GARCIA, CITY ATTORNEY
MIAH YUN, ASSISTANT CITY ATTORNEY
613 E. Broadway, Suite 220
Glendale, CA  91206
Telephone:  (818) 548-2080
Facsimile:  (818) 547-3402
State Bar No.  218808
myun@ci.glendale.ca.us

JS-6

Attorneys for Defendants
CITY OF GLENDALE, AARON ZEIGLER
AND FRANCISCO MARTINEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASADOOR MIRZAEYAN,<br><br>                              Plaintiff,<br><br>              vs.<br><br>AARON ZEIGLER, an individual;<br>FRANCISCO MARTINEZ, an<br>individual; CITY OF GLENDALE<br>POLICE DEPARTMENT, and DOES 1<br>through 25, inclusive ,<br><br><br>                              Defendant. | Case No.:  CV11-01747-AHM (JCx)<br><br>**JUDGMENT ON VERDICT** |

        This action having been tried before the Court sitting with a jury, the Honorable A.

Howard Matz, District Judge, presiding; the issues having been duly tried and the jury

having duly rendered its verdict,

///

///

///

///

IT IS ORDERED AND ADJUDGED that plaintiff Asadoor Mirzaeyan take nothing; that the action be dismissed on the merits and that defendants, City of Glendale, Francisco Martinez and Aaron Zeigler recover from the plaintiff the costs of action, taxed in the sum of _____.

DATED:   September 20, 2012

_____
HON. A. HOWARD MATZ
United States District Judge

JS-6